In the Matter of the Judicial Settlement of the Account of Clara L. Smith, as Administratrix of the Estate of John Hassel, Deceased.— Decree affirmed, without costs of this appeal to any party. All concur.

In the Matter of the Judicial Settlement of the Account of Clara L. Smith, as Administratrix of the Estate of Emil Loux, Deceased.— Decree affirmed, without costs of this appeal to any party. All concur.

In the Matter of the Judicial Settlement of the Account of Clara L. Smith, as Administratrix of the Estate of Michael Padden, Deceased.— Decree affirmed, without costs of this appeal to any party. All concur.

In the Matter of the Judicial Settlement of the Account of Clara L. Smith, as Administratrix of the Estate of Thomas Stanwood, Deceased.— Decree affirmed, without costs of this appeal to any party. All concur.